UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

Harvey Ford,                                          Civil No. 04-4750 (RHK/AJB)
                                                              Civil No. 04-4751 (RHK/AJB)
                 Plaintiff

                                                               **ORDER**

vs.

John E. Potter, Postmaster General of
the United States,

                 Defendant.

___

      Having determined that oral argument will not materially assist the Court in resolving the pending Motions to Dismiss, the May 24, 2006 hearing is **CANCELLED** and said Motions will be resolved upon the written record now before the Court.

Dated: May 16, 2006

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge