# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Harvey Ford, | Civil No. 04-4750 (RHK/AJB) |
| | Civil No. 04-4751 (RHK/AJB) |
| Plaintiff | |
| | **ORDER** |
| vs. | |
| John E. Potter, Postmaster General of the United States, | |
| Defendant. | |

_____

Plaintiff has failed to respond to discovery requests as to the pending Motions to Dismiss in each of the above-captioned actions. He has had no contact with counsel for Defendant Potter nor with the Court. He has failed to prosecute these actions in any meaningful fashion and has appeared to have abandoned his claims. Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED** that each of the above-captioned actions is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 24, 2006

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge